UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIZAR EL-RAYESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 25-cv-05675-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the case management conference held on October 7, 2025, the Court ORDERS the following case schedule:

| | |
|---|---|
| Last day to move to amend pleadings: | October 24, 2025 |
| Discovery (if permitted) cut-off: | February 6, 2026 |
| Private mediation deadline: | February 20, 2026 |
| Opening Rule 52 briefs: | April 20, 2026 |
| Responsive Rule 52 briefs: | May 18, 2026 |
| Rule 52 Hearing: | June 10, 2026 at 11:00 a.m. |

The Court will hold a further case management conference on December 17, 2025 at 2:00 p.m. via Zoom video. An updated statement is due December 10, 2025. The Court will be particularly interested on whether there is agreement as to the standard of review and whether the parties have what they need for a meaningful mediation.

**IT IS SO ORDERED.**

Dated: October 8, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge